PROB 12C
(6/16)

Report Date: January 20, 2021

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 21, 2021

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Chad Michael Anderson        Case Number: 0980 2:10CR00088-WFN-1

Address of Offender:                           Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervision Judicial Officer: The Honorable W. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: November 30, 2011

Original Offense:      Possession With the Intent to Distribute 50 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. § 841(a)(1)

Original Sentence:     Prison - 120 months            Type of Supervision: Supervised Release
                       TSR - 60 months

Asst. U.S. Attorney:   Stephanie A. Van Marter        Date Supervision Commenced: April 19, 2019

Defense Attorney:      Federal Defender's Office      Date Supervision Expires: April 18, 2024

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On December 22, 2020, Chad Anderson is alleged to have violated the conditions of his supervision by submitting a urine sample that tested positive for methamphetamine and amphetamine.<br><br>On April 19, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Anderson, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.<br><br>On December 23, 2020, Pioneer Human Services (PHS) notified the undersigned officer that the offender had reported for phase urinalysis testing on December 22, 2020, when his assigned color was identified for testing, and provided a urine sample that tested presumptive positive for methamphetamine. PHS provided this officer with an admission of use form, signed by Mr. Anderson shortly after providing the urine sample in question, in which the offender admitted to the use of methamphetamine on or about December 18, 2020. |

Prob12C
**Re: Anderson, Chad Michael**
**January 20, 2021**
**Page 2**

On January 2, 2021, this officer received confirmation from the laboratory that the urine sample collected on December 22, 2020, was in fact positive for both methamphetamine and amphetamine.

2  **Special Condition #15**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to his ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On January 7, 2021, Chad Anderson is alleged to have violated the conditions of his supervision by failing to participate in substance abuse treatment with Pioneer Human Services as required.

On April 19, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Anderson, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On January 7, 2021, PHS notified this officer the offender had failed to attend his substance abuse group treatment session as required.

3  **Special Condition #16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On January 8, 2021, Chad Anderson is alleged to have violated the conditions of his supervision by failing to submit a valid urine sample when required to submit to phase urinalysis testing.

On April 19, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Anderson, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On January 9, 2021, PHS notified the undersigned officer that the offender reported for phase urinalysis testing on January 8, 2021, when his assigned color was identified for testing. Upon arrival, he was required to complete a COVID screening form, in which he did not note any health related issues. According to PHS, when staff escorted Mr. Anderson to a bathroom to provide a sample, "he immediately sat on the toilet and began to have terrible diarrhea."

Because diarrhea can be an initial symptom of the COVID virus, the offender was immediately instructed to leave and informed he would need to submit to COVID testing before he could return for urinalysis testing.

On January 11, 2021, the undersigned officer spoke with Mr. Anderson about the incident and he insisted that the urinalysis technician overreacted. The offender insisted he had been having stomach issues, but failed to report the stomach issues on the screening form because he did not thoroughly read through the questions. This officer and treatment staff at PHS are concerned that Mr. Anderson had uncontrollable diarrhea due to methamphetamine use and/or efforts to flush his system to conceal continued substance abuse.

Prob12C
Re: Anderson, Chad Michael
January 20, 2021
Page 3

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/20/2021

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

1/21/2021

Date