PROB 12C
(6/16)

Report Date: July 20, 2021

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 21, 2021

SEAN F. McAVOY, CLERK

Name of Offender: Chad Michael Anderson          Case Number: 0980 2:10CR00088-WFN-1

Address of Offender:                    Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervision Judicial Officer: The Honorable W. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: November 30, 2011

| | |
|---|---|
| Original Offense: | Possession With the Intent to Distribute 50 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 120 months          Type of Supervision: Supervised Release
TSR - 60 months |
| Asst. U.S. Attorney: | Stephanie A. Van Marter          Date Supervision Commenced: April 19, 2019 |
| Defense Attorney: | J. Houston Goddard          Date Supervision Expires: April 18, 2024 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 01/20/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.
**Supporting Evidence**: On June 11, 2021, Chad Anderson is alleged to have violated the conditions of his supervision by failing to provide a valid urine sample when he was subject to phase urinalysis testing at Pioneer Human Services (PHS), thus being considered to have "stalled."
On April 19, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Anderson, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.
Additionally, on April 19, 2019, Mr. Anderson reviewed and signed the substance abuse testing instructions acknowledging his understanding of the urine testing program. He was instructed to call the PHS color line system daily. When directed, he was to report to PHS and submit to a drug screen. |

Prob12C
**Re: Anderson, Chad Michael**
**July 20, 2021**
**Page 2**

On August 14, 2018, the undersigned received a report from Alere which confirmed the sample as positive for methamphetamine. On June 14, 2021, PHS notified the undersigned officer that the offender had reported for phase urinalysis testing on June 11, 2021, but failed to provide a valid urine sample and was considered to have "stalled."

5      **Special Condition #16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On June 11, 2021, Chad Anderson is alleged to have violated the conditions of his supervision by failing to provide a valid urine sample when he was subject to phase urinalysis testing at PHS, thus being considered to have "stalled."

On April 19, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Anderson, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

Additionally, on April 19, 2019, Mr. Anderson reviewed and signed the substance abuse testing instructions acknowledging his understanding of the urine testing program. He was instructed to call the PHS color line system daily. When directed, he was to report to PHS and submit to a drug screen.

On June 14, 2021, PHS notified the undersigned officer that the offender had reported for phase urinalysis testing on June 11, 2021, but failed to provide a valid urine sample and was considered to have "stalled."

On June 14, 2021, this officer contacted Mr. Anderson to discuss the information received from PHS. The offender claimed he could not provide a sufficient sample because he was "overwhelmed with a lot." Mr. Anderson subsequently admitted to the use of methamphetamine and marijuana on or about June 11, 2021, but insisted that he did not consume illicit substances until after he failed to submit to phase urinalysis testing.

On June 15, 2021, the offender reported to the U.S. Probation Office to meet with the undersigned officer and signed an admission of use form confirming that use.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    07/20/2021

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

Prob12C
**Re: Anderson, Chad Michael**
**July 20, 2021**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

_7/21/2021_____
Date