PROB 12C
(6/16)

Report Date:  July 27, 2021

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 28, 2021

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Chad Michael Anderson          Case Number: 0980 2:10CR00088-WFN-1

Address of Offender:                    Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: November 30, 2011

Original Offense:        Possession With the Intent to Distribute 50 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. § 841(a)(1)

Original Sentence:    Prison - 120 months;          Type of Supervision: Supervised Release
                     TSR - 60 months

Asst. U.S. Attorney:    Stephanie A. Van Marter     Date Supervision Commenced: April 19, 2019

Defense Attorney:    J. Houston Goddard          Date Supervision Expires: April 18, 2024

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/21/2021 and 07/21/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #16**:  You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On July 20, 2021, Chad Anderson is alleged to have violated the conditions of his supervision by submitting a urine sample that tested presumptive positive for methamphetamine.

On April 19, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Anderson, as outlined in the judgment and sentence.  He signed the judgment acknowledging the requirements.

On July 21, 2021, Pioneer Human Services (PHS) notified the undersigned officer that the offender had reported for phase urinalysis testing when his assigned color was identified for testing on July 20, 2021, and provided a urine sample that tested presumptive positive for methamphetamine. PHS provided this officer with a denial of use form signed by the

**Prob12C**
**Re: Anderson, Chad Michael**
**July 27, 2021**
**Page 2**

offender, in which he denied the illegal use of any prohibited controlled substances.

Later that date, on July 21, 2021, Mr. Anderson eventually admitted to the use of methamphetamine the day prior to submitting to phase urinalysis testing, on or about July 19, 2021.

7    **Special Condition #16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On July 21, 2021, Chad Anderson is alleged to have violated the conditions of his supervision by submitting a urine sample that tested presumptive positive for methamphetamine.

On April 19, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Anderson, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On July 21, 2021, Mr. Anderson reported to the U.S. Probation Office for random urinalysis testing as instructed by the undersigned officer. He attempted to provide a urine sample on a few occasions but was unsuccessful, which he suggested was a medical issue. After more than 2 ½ hours, the offender finally provided a urine sample that tested presumptive positive for methamphetamine. The offender eventually admitted to the use of methamphetamine on or about July 19, 2021, and signed an admission of use form confirming that admission.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    July 27, 2021

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

Prob12C
**Re: Anderson, Chad Michael**
**July 27, 2021**
**Page 3**

## THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[ X]    The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[  ]    Defendant to appear before the Judge assigned to the
        case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer

_____7/28/2021_____

Date